| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Breyer, Charles R. | 2. Court or Organization<br><br>N.D. of California | 3. Date of Report<br><br>06/09/2009 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,      Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>US District Court<br>450 Golden Gate Ave, 19th Fl<br>San Francisco, Ca. 94102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Director | Berkeley Law UC Boalt Alumni Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

Breyer, Charles R

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 06/09/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Salary - City Arts & Lectures, Inc |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pepperdine University | 03/12/08 - 03/13/08 | Malibu, California | Professional Association | Meals, travel and hotel |
| 2. | University of St. Thomas School of Law | 04/01/08 - 04/03/08 | Minneapolis, Mnnisota | Professinal Association | Meals, travel and hotel |
| 3. | Federal Bar Association, Tampa Bay | 05/21/08 - 05/23/08 | Orlando, Florida | Professional Association | Meals, travel and hotel |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 06/09/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | C. Packer & E J Roberts Trusts | Mortgage - Fresno Industrial Park (Pt VII, Item 11) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 06/09/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Pacific Gas & Electric, common stock | B | Dividend | K | T | | | | | |
| 2. Overland Express Money Market Fund | A | Dividend | L | T | | | | | |
| 3. Piper Jaffray Money Market | A | Dividend | K | T | | | | | |
| 4. Nike, common stock | A | Dividend | J | T | | | | | |
| 5. Great Lakes Bancorp | | None | | | Merged (with line 6) | 02/18 | | | |
| 6. First Niagra Fin Group | | None | J | T | | | | | Formerly Great Lakes |
| 7. U.S. Bancorp, common stock | C | Dividend | L | T | | | | | |
| 8. Vacation Cabin, Norden, California | | None | J | W | | | | | |
| 9. Fresno Industrial Park (Formerly Rental) | | None | N | W | | | | | Still own, but no income |
| 10. Trust #1 (Items 11/12) | | | | | | | | | formerly Trust #4 |
| 11. CNA Life Insurance, Policy | | None | | | Sold | 07/17 | J | D | |
| 12. Piper Jaffray Money Market | A | Dividend | J | T | Merged (with line 3) | 12/31 | | | |
| 13. IRA #1 (Items 14 - 36) | | | | | | | | | |
| 14. Berkshire Hathaway Cl "B" | | None | L | T | Buy | 12/30 | L | | |
| 15. Cheasapeake Core Grrowth | D | Dividend | L | T | | | | | |
| 16. Legg Mason Value | D | Dividend | L | T | Sold (part) | 06/25 | J | A | |
| 17. Longleaf Partners Fund | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | N =$250,001 - $500,000 O =$500,001 - $1,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 06/09/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Oakmark Select | D | Dividend | M | T | Sold (part) | 06/25 | J | A | |
| 19. Primecap Odysey Growth | B | Dividend | M | T | | | | | |
| 20. Selected American Shares | B | Dividend | M | T | | | | | |
| 21. Vanguard Total Stock | D | Dividend | M | T | Buy | 10/24 | N | | |
| 22. Columbia Acorn | C | Dividend | K | T | Buy | 10/15 | K | | |
| 23. FPA Capital Fund | D | Dividend | L | T | | | | | |
| 24. Legg Mason Opportunity Trust | | None | | | Sold | 10/16 | K | A | |
| 25. Primecap Odeyssey Agg Growth | A | Dividend | L | T | | | | | |
| 26. Third Avenue Value | | None | J | T | Buy | 12/31 | J | | |
| 27. Westport Select Cap Fund | E | Dividend | L | T | | | | | |
| 28. Third Avenue Real Estate | D | Dividend | K | T | | | | | |
| 29. Wintergreen | B | Dividend | L | T | | | | | |
| 30. Harbor Int'l Fund | D | Dividend | L | T | | | | | |
| 31. Third Avenue Int'l Fund | E | Dividend | M | T | | | | | |
| 32. FPA New Income Fund | E | Dividend | N | | | | | | |
| 33. Pimco Total Return Class D | B | Dividend | | | Sold | 01/14 | K | A | |
| 34. Pimco Total Return Fund | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 06/09/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Western Asset Core Plus | D | Dividend | M | T | Sold (part) | 10/24 | L | B | |
| 36. Merger Fund | C | Dividend | | | Sold | 10/23 | M | A | |
| 37. Investment Cash Reserve | | None | | | Merged (with line 3) | 06/30 | | | |
| 38. Wells Fargo Bank, Larkspur, California | A | Interest | J | T | | | | | |
| 39. Wells Fargo Bank, San Francisco, Calfiornia | A | Interest | J | T | | | | | |
| 40. Wells Fargo Bank, San Francisco, California | A | Interest | J | T | | | | | |
| 41. Wells Fargo Bank, San Francisco, California | A | Interest | J | T | | | | | |
| 42. Wells Fargo Bank, San Francisco, California (Fresno Rental) | A | Interest | J | T | | | | | |
| 43. IRA #2 (44-45) | | | | | | | | | |
| 44. Primecap Odyssey Growth | A | Dividend | J | T | | | | | |
| 45. Select American Shares | A | Dividend | J | T | | | | | |
| 46. Schroder Muni Bond | B | Dividend | J | T | | | | | |
| 47. Schroder Short Term Bond | A | Dividend | J | T | | | | | |
| 48. Vanguard Intermediate Term | A | Dividend | J | T | | | | | |
| 49. Westport Select Funds | | None | J | T | | | | | |
| 50. Dreyfus Treasury Money Fund | A | Dividend | J | T | | | | | |
| 51. Bacharach - Raphael Note | | None | | | Matured | 01/02 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | -06/09/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII - Notes

1. All dividends (both regular and capital gain) were reinvested for the mutual funds shown on Part VII which results in a minor increase in the number of shares held.

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 06/09/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544